UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CREW,<br><br>   Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>   Defendant. | 1:16-cv-00590-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY EVIDENCE AS PREMATURE<br><br>(ECF No. 17) |

  Plaintiff David Crew ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 26, 2016. (ECF No. 1.) On August 22, 2016, Plaintiff filed the instant motion to compel discovery of evidence, seeking to compel the production of his health information that supports his claims from Kern Valley State Prison. (ECF No. 17.)

  Plaintiff's motion for discovery is premature and shall be denied without prejudice. The Court is required to screen Plaintiff's complaint to determine whether it is subject to dismissal or whether the action should proceed to discovery on Plaintiff's claims. 28 U.S.C. § 1915(e)(2)(B)(ii) ("Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or

1

appeal . . . fails to state a claim upon which relief may be granted.")  In this case, the Court has screened Plaintiff's complaint, and dismissed it for failure to state a claim, with leave to amend. (ECF No. 14.) Thus, there is no operative complaint that this action currently proceeds upon, no defendants have been served or appeared, and discovery has not been opened.

The Court further informs Plaintiff that to the extent he seeks to review health records about himself from the institution at which he is currently housed, an order from the Court should not be necessary. Certain documents, such as Plaintiff's own health records, incident reports, Rules Violation Reports, and his central file, should be available for Plaintiff to review by making the necessary requests to prison officials and staff.

Accordingly, Plaintiff's motion to compel discovery, dated August 22, 2016 (ECF No. 17) is HEREBY DENIED, without prejudice, as premature.

IT IS SO ORDERED.

Dated:   **August 24, 2016**                             /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE