# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CREW,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00590-LJO-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO FILE AN EMERGENCY AMENDED COMPLAINT<br><br>(ECF No. 30)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff David Crew ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Patel for deliberate indifference in violation of the Eight Amendment arising from his intentional refusal or delay of Plaintiff's medical care. (ECF No. 24.) Defendant Patel filed his answer on June 12, 2017. (ECF No. 31.)

Currently before the Court is Plaintiff's June 9, 2017 motion to file an emergency amended complaint. (ECF No. 30.)

///
///
///
///

1

Given that Defendant filed his answer after the filing of Plaintiff's motion, and pursuant to Local Rule 230(l), Defendant Patel is HEREBY ORDERED to file an opposition or a statement of non-opposition to Plaintiff's motion within **twenty-one (21) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: **June 13, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE