# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CREW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00590-LJO-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 52)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff David Crew ("Plaintiff") is a state prisoner proceeding *pro se* and i*n forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On March 29, 2018, the Court granted Plaintiff leave to amend and directed Plaintiff to file a third amended complaint within thirty (30) days, limited to the addition of his proposed claims against Defendants Patel and RN German, as alleged in Plaintiff's motions to amend. (ECF No. 52.) The deadline for Plaintiff to file a third amended complaint has expired, and he has not complied with the Court's order or otherwise communicated with the Court.

Accordingly, the Court HEREBY ORDERS that Plaintiff shall show cause in writing, within **twenty-one (21) days** of service of this order, why this action should not be dismissed for Plaintiff's failure to comply with the Court's order and for failure to prosecute. Plaintiff can comply with this order to show cause by filing a third amended complaint in compliance with the

1

Court's March 29, 2018 order.  **The failure to respond to this order will result in the dismissal of this action, with prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

   Dated: **May 29, 2018**         /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE